**[7nfinmgt]** [Notice of Requirement to File Certification About a Financial Management Course – Ch 7]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:                                                                                                     Case No. 6:16−bk−01480−CCJ
                                                                                                           Chapter 7

Sheila Linnette Mercado Perez
3207 Winslow Ct.
Kissimmee, FL 34743−6034

_____Debtor*_____/

**NOTICE OF REQUIREMENT TO FILE A CERTIFICATION ABOUT
A FINANCIAL MANAGEMENT COURSE**

   In order to receive a discharge, the Debtor must complete an instructional course in personal financial management, as described in 11 U.S.C. § 111. The Debtor has not filed a Certification About a Financial Management Course (Official Form 423).

   YOU ARE NOTIFIED that in a chapter 7 case, the case will close without an entry of discharge if the Debtor fails to file the certification within 60 days after the first date set for the meeting of creditors in accordance with Fed. R. Bankr. P. 1007(c).

   If you previously submitted a Certification About a Financial Management Course (Official Form 423) dated prior to the petition file date of March 4, 2016 , a new post−petition Certification About a Financial Management Course is required.

A link to forms is available on the Court's website at: http://www.flmb.uscourts.gov/bkforms/bankruptcy_forms.html.

   Dated: May 26, 2016

                                                        FOR THE COURT
                                                        Lee Ann Bennett , Clerk of Court

                                                        George C. Young Federal Courthouse
                                                        400 West Washington Street
                                                        Suite 5100
                                                        Orlando, FL 32801

*All references to "Debtor" shall include and refer to both debtors in a case filed jointly by two individuals.

Copies furnished to:
Debtor
Debtor's Attorney
Trustee
U.S. Trustee